

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2022

No. 04-22-00032-CV

**IN THE INTEREST OF N.M.R., A CHILD**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01170
Honorable Martha Tanner, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellants' parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The briefs of appellants K.H. and L.R. were originally due on February 28, 2022. On that date, appellant K.H. filed a motion requesting a thirty-day extension of time, and we granted that motion. Although we did not receive a similar motion from appellant L.R., we also extended his briefing deadline until March 31, 2022.

Appellant K.H. timely filed her brief on March 31, 2022. However, at this time, we have not received either a brief or a motion for extension of time from appellant L.R. We therefore **ORDER** appellant L.R.'s appointed attorney, Mr. Jamal Rhadbane, to file appellant's brief in this appeal **by April 18, 2022**. If the brief is not filed by such date, this appeal will be abated to the trial court for a hearing to determine if new appellate counsel should be appointed and to consider whether sanctions should be imposed against Mr. Rhadbane for failing to timely file appellant's brief.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2022.



Michael A. Cruz,
Clerk of Court